Dismissed and Memorandum Opinion filed July 27, 2006








Dismissed
and Memorandum Opinion filed July 27, 2006.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00355-CV

____________

 

MARY POORE, Individually and as
Personal Representative of the Heirs

and Estate of Randy Poore,
Appellant

 

V.

 

METROPOLITAN LIFE INSURANCE
COMPANY, Appellee

 



 

On Appeal from the 239th District Court

Brazoria County,
Texas

Trial Court Cause No. 36840

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a summary judgment signed December 27, 2005, and made final by
order of severance signed January 23, 2006.  On July 6, 2006, appellant filed
an unopposed motion to dismiss the appeal because appellant no longer wishes to
prosecute the appeal.  See Tex.
R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed July
27, 2006.

Panel consists of Chief Justice Hedges and Justices Yates and Guzman.